# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DELANO J. WILLIAMS,** : | |
|    **Plaintiff,** : | |
| : | |
| **v.** : | **CIVIL ACTION NO. 21-CV-1813** |
| : | |
| **KYLE RUSSELL**, *et al.*, : | |
|    **Defendants.** : | |

## ORDER

AND NOW, this 13th day of October, 2021, upon consideration of Delano J. Williams's Second Amended Complaint (ECF Nos. 13 & 17), "Plaintiff's Additional Supporting Factors in Support of Federal Civil Right[s] Lawsuit Pursuant to, 42 U.S.C. § 1983" (ECF No. 15), and his "Request for Court Appointed Attorney" (ECF No. 16), it is **ORDERED** that:

1. The Second Amended Complaint construed together with "Plaintiff's Additional Supporting Factors in Support of Federal Civil Right[s] Lawsuit Pursuant to, 42 U.S.C. § 1983," is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915A(b)(1) for the reasons stated in the Court's Memorandum.

2. The Request for Court Appointed Attorney is **DENIED**.

3. The Clerk of Court shall **CLOSE** this case.

                              **BY THE COURT:**

                              **/s/ Chad F. Kenney**

                              **CHAD F. KENNEY, J.**